Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
Law Offices of Todd M Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Telephone: (323) 306-4234
Facsimile: (866) 633-0228

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN KNIGHTS, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-05066-JFW-ASx |
| Plaintiff, | **ORDER ON JOINT STIPULATION OF DISMISSAL** |
| v. | |
| ALL WEB LEADS, INC., | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to stipulate to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: November 12, 2021

*[signature]*
Hon. John F. Walter